**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     04 CR 1230(VM)
         -against-                 :         ORDER
                                   :
THOMAS SANDERS,                    :
                                   :
              Defendant.           :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021
```

**VICTOR MARRERO, U.S.D.J.:**

　　Defendant Thomas Sanders was arrested on March 2, 2021, and presented and arraigned before Magistrate Judge Lehrburger the following day, on March 3, 2021. (See Dkt. No. 26.)  It is hereby ordered that the initial status conference is scheduled in this matter for March 26, 2021 at 11:00 a.m.

　　In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.


**SO ORDERED:**

Dated:    New York, New York
          5 March 2021

                                    _____
                                            Victor Marrero
                                              U.S.D.J.