USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA, :
:
: **04 CR 1230(VM)**
    -against- : **ORDER**
:
THOMAS SANDERS, :
:
            Defendant. :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the pretrial status conference scheduled for May 14, 2021 at 2:30 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated: New York, New York
       6 May 2021

_____
Victor Marrero
U.S.D.J.