```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                        :

                                             :

THOMAS SANDERS,                          :

           Defendant.                :
------------------------------------X

**04 CR 1230 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of Defendant Thomas Sanders will be scheduled for December 3, 2021, at 3:30 p.m.

**SO ORDERED.**

Dated:   New York, New York
        November 9, 2021

                                      _____
                                        Victor Marrero
                                          U.S.D.J.