USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      -against-

THOMAS SANDERS,

      Defendant.

04 Cr. 1230 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

In light of the ongoing public health emergency, the sentencing hearing for Mr. Sanders on Friday, December 3, 2021, at 3:30 p.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
           December 2, 2021

                                          Victor Marrero
                                          U.S.D.J.