```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

THOMAS SANDERS,

        Defendant.

**04 CR 1230 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On August 20, 2021, Defendant pled guilty before Magistrate Judge Cave to conspiracy to distribute cocaine. On December 3, 2021, the Court sentenced Defendant to a term of 60 months' imprisonment to be followed by a term of 3 years' supervised release. On December 6, 2021, the Court entered the Judgment that described the above sentence and described the nature of the offense as "[c]onspiracy to distribute heroin." (Dkt. No. 64 at 1.)

On December 23, 2021, the Defendant requested a correction to the Judgment, pursuant to Federal Rule of Criminal Procedure 35(a), to replace the word "heroin" with "cocaine" under the nature of the offense. Defendant represented that the Government has no objection to the request. The Court hereby orders that the nature of the offense on the first page of the Judgment is revised as follows: "Conspiracy to distribute cocaine."

Dated: December 29, 2021
       New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.